ACCEPTED
01-14-00988-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 10:51:54 AM
CHRISTOPHER PRINE
CLERK

# NO. 01-14-00988-CV

## IN THE COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/11/2015 10:51:54 AM
CHRISTOPHER A. PRINE
Clerk

## FOR THE FIRST DISTRICT OF TEXAS

## AT HOUSTON

## _ MAY 2015

---

## GUILLERMINA SANDOVAL, OGILVER SANDOVAL, AND ALL OTHER OCCUPANTS, APPELLANTS

## V.

## AMERICAN POINTE REALTY, LTD., APPELLEE

---

## FROM THE COUNTY COURT AT LAW NO. 2,

## HARRIS COUNTY, TEXAS;

## NO. 1054737; HONORABLE THERESA W. CHANG, JUDGE

---

## TEXAS RULE OF APPELLATE PROCEDURE RULE 6.6 AGREEMENT

On this ___ day of May 2015, the Appellants Guillermina Sandoval and Ogilver Sandoval ("Appellants") and the Appellee, American Pointe Realty, Ltd. entered into this agreement in this cause of action. The parties agree as follows:

1

1.  Appellants will, within three business days of the execution of this agreement, move to dismiss this appeal with prejudice;

2.  Upon the entry of the Order dismissing this case with prejudice, the Appellee will release all claims to Appellants' $6,225 Appellants posted as security for this appeal.

3.  Within three (3) business days of the Court's entry of the Order dismissing this case with prejudice, Appellee will pay to Appellants, in good funds, in a check made payable to Appellants sent by certified mail to Appellants' counsel, the sum of $4,275 representing $11,775 of Appellants' money in the possession of Appellee, minus five months' rent based on $1500 per month in rent.

4.  Appellants vacated 2916 Askew Street, Houston, Texas 77087 ("Property") that is the subject matter of this cause of action on or about April 14, 2015.

5.  As of April 15, 2015, Appellants release any and all claims of title or any ownership claims to the Property and also release all legal right to legal possession of the Property as of that date .

This agreement constitutes an agreement by the parties under Rule 6.6 of the Texas Rules of Appellate Procedure. As such, the terms of this agreement are binding as if the same was announced in open court.

This agreement is to be filed in the records of this cause.

**_Agreed to as to form and content:_**

_____

APPELLANT OGILVER SANDOVAL

_____

APPELLANT GUILERMINA SANDOVAL


_____

APPELLEE AMERICAN POINTE REALTY, LTD.

**_Agreed as to form only:_**

_____

KENNETH R. BARRETT
3740 Greenbriar #541873
Houston, Texas 77254
Phone: 281-433-0837
Fax: 832-582-5935
Email: KennethRoyceBarrettLaw@Yahoo.com
State Bar of Texas No. 01812200
COUNSEL FOR APPELLANTS


_____

ORVAL LEE MARLOW, II
Morris, Lendais, Hollrah & Snowden
1980 Post Oak Boulevard, #700
Houston, Texas 77056
Phone: 713-966-7221
Fax: 713-966-7230
Email: omarlow@mlhs.net
State Bar of Texas No. 13004300
COUNSEL FOR APPELLEE

_____, Member

APPELLEE AMERICAN POINTE REALTY, LTD.

*Agreed as to form only:*

_____

KENNETH R. BARRETT

3740 Greenbriar #541873

Houston, Texas 77254

Phone: 281-433-0837

Fax: 832-582-5935

Email: KennethRoyceBarrettLaw@Yahoo.com

State Bar of Texas No. 01812200

COUNSEL FOR APPELLANTS

_____

ORVAL LEE MARLOW, II

Morris, Lendals, Hollrah & Snowden

1980 Post Oak Boulevard, #700

Houston, Texas 77056

Phone: 713-966-7221

Fax: 713-966-7230

Email: omarlow@mlhs.net

State Bar of Texas No. 13004300

COUNSEL FOR APPELLEE